IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE WIRELESS SOLUTIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| ARRIS GROUP, INC., | ) ) |
| Defendant. | ) |

C.A. No. 13-1857 (RGA)

**STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED by Plaintiff Innovative Wireless Solutions, LLC and Defendant ARRIS Group, Inc., subject to the approval of the Court, that the time for ARRIS Group, Inc. to answer the Complaint (D.I. 1) is hereby extended to February 10, 2014.

| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stamatios Stamoulis* | */s/ Mary B. Graham* |
| Stamatios Stamoulis #4606 | Mary B. Graham (#2256) |
| Richard C. Weinblatt #5080 | Steven J. Kraftschik (#5623) |
| Two Fox Point Centre | 1201 N. Market Street |
| 6 Denny Road, Suite 307 | P.O. Box 1347 |
| Wilmington, DE 19809 | Wilmington, DE 19899-1347 |
| (302)999-1540 | (302) 658-9200 |
| stamoulis@swdelaw.com | mgraham@mnat.com |
| weinblatt@swdelaw.com | skraftschik@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant ARRIS Group, Inc.* |
| *Innovative Wireless Solutions, LLC* | |

January 10, 2014
7893196

SO ORDERED this ___ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE